IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE TATE, | No. C 07-3842 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| A. P. KANE, | |
| Respondent. | |

This pro se habeas action was transferred to this court from the Central District of California. The docket sheet from the Central District shows that petitioner did not pay the filing fee there, nor did he apply for leave to proceed in forma pauperis ("IFP"). When the case was received in this court on July 26, 2007, the clerk sent petitioner a notice that he had not paid the filing fee or applied for IFP status. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. No response has been received. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: September   6  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\TATE3842.DSMSS-IFP.wpd