1
2
3
4
5
6                     IN THE UNITED STATES DISTRICT COURT

7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   GEORGE TATE,                                    No. C 07-3842 WHA (PR)

11                          Petitioner,              **ORDER OF DISMISSAL**

12        vs.

13   A. P. KANE,

14                          Respondent.
                                                  /
15

16          This pro se habeas action was transferred to this court from the Central District of

17   California.  The docket sheet from the Central District shows that petitioner did not pay the

18   filing fee there, nor did he apply for leave to proceed in forma pauperis ("IFP").  When the case

19   was received in this court on July 26, 2007, the clerk sent petitioner a notice that he had not

20   paid the filing fee or applied for IFP status.  A copy of the court's form for applications to

21   proceed in forma pauperis was provided with the notice, along with a return envelope.

22   Petitioner was informed that if he did not either pay the fee or file the application within thirty

23   days the case would be dismissed.  No response has been received.  This case is therefore

24   **DISMISSED** without prejudice.  No fee is due.  The clerk shall close this file.

25          **IT IS SO ORDERED.**

26

27   Dated:  September ___6___, 2007.            _____
                                                 WILLIAM ALSUP
28                                               UNITED STATES DISTRICT JUDGE
     G:\PRO-SE\WHA\HC.07\TATE3842.DSMSS-IFP.wpd

**United States District Court**
For the Northern District of California