UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE TATE,

        Plaintiff,

  v.

A.P. CANE et al,

        Defendant.

Case Number: CV07-03842 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Tate
#D-02337/ CW-305-Low
Correctional Training Facility
PO Box 689
Soledad, CA 93960-0689

Dated: September 7, 2007

                      Richard W. Wieking, Clerk
                      By: D. Toland, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE TATE,

        Plaintiff,

  v.

A.P. CANE et al,

        Defendant.

Case Number: CV07-03842 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Tate
#D-02337/ CW-305-Low
Correctional Training Facility
PO Box 689
Soledad, CA 93960-0689

Dated: September 7, 2007

        Richard W. Wieking, Clerk
        By: D. Toland, Deputy Clerk